## 59101. WISE v. THE STATE.

QUILLIAN, Presiding Judge.

Defendant appeals his conviction for armed robbery. *Held:*

The sole enumeration is that evidence of a subsequent robbery by defendant was erroneously admitted, placing his character in issue.

Defendant's co-defendant's appeal was decided by this court in *Askew v. State,* 145 Ga. App. 164 (243 SE2d 334), in which the same enumeration was considered. The holding was that "[T]he evidence of the independent robbery committed on November 20, 1976 in Carroll

County was admissible as it tended to show identity and common scheme or plan. *Hamilton v. State,* 239 Ga. 72 (235 SE2d 515)." Id. at 165. Our examination of the same transcript of evidence reveals no basis for arriving at a different result in this case.

*Judgment affirmed. Shulman and Carley, JJ., concur.*

SUBMITTED JANUARY 7, 1979 — DECIDED JANUARY 24, 1980.

*Robert Benham,* for appellant.
*William A. Foster, III, District Attorney, Barbara V. Tinsley, Assistant District Attorney,* for appellee.